United States District Court
Southern District of Texas
**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **RANDY WILLIAM BRAST,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-cv-01333** |
| | § | |
| **FESTIVAL PROPERTIES, INC. and** | § | |
| **TEJAS AUTO INSURANCE AGENCY,** | § | |
| | § | |
| *Defendants.* | | |

**CONDITIONAL ORDER OF DISMISSAL**

The parties have filed a Notice of Settlement. (ECF Doc. 29.) The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of October, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE